

# NUMBER 13-21-00173-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

KEITH ANTHONY RAMOS, M.D.,
AND ZORALY NUNEZ RAMOS, Appellants,

v.

NATIONSTAR MORTGAGE, LLC,
AND WELLS FARGO BANK,
NATIONAL ASSOCIATION,
AS TRUSTEE FOR LEHMAN
MORTGAGE TRUST PASS-THROUGH
CERTIFICATES, SERIES 2007-4, Appellees.

On appeal from the 93rd District Court
of Hidalgo County, Texas.

# MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Benavides and Tijerina**
**Memorandum Opinion by Justice Tijerina**

Appellants Keith Anthony Ramos, M.D., and Zoraly Nunez Ramos filed a pro se

notice of appeal regarding an order granting summary judgment in favor of appellees, Nationstar Mortgage, LLC, and Wells Fargo Bank, National Association, as Trustee for Lehman Mortgage Trust Pass-Through Certificates, Series 2007-4. The appeal was abated by this Court on July 1, 2021, because appellants filed a suggestion of bankruptcy and notice of automatic stay. *See* TEX. R. APP. P. 8.2. Since the abatement, there has been no activity in this appeal.

On August 31, 2022, and again on September 19, 2022, the Clerk of the Court issued letters directing the parties to file, within ten days, an advisory regarding the status of the appeal and, if applicable, a motion to reinstate the appeal or a motion to dismiss the appeal. *See id.* R. 8.3(a). The Clerk advised the parties that the failure to respond would result in reinstatement and dismissal of the appeal for want of prosecution. *See id.* R. 42.3(b), (c). Neither appellants nor appellees filed a response to these directives.

The Court, having examined and fully considered this sequence of events, is of the opinion that this appeal should be dismissed. Accordingly, we reinstate the appeal. We dismiss this appeal for want of prosecution and because the appellants failed to comply with notices from the Clerk requiring a response or other action within a specified time. *See id.* R. 42.3(b), (c).

JAIME TIJERINA
Justice

Delivered and filed on the
3rd day of November, 2022.